UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KEITH MATTHEWS, | No. 2:17-cv-0440 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, Warden, | |
| Respondent. | |

This action was dismissed and judgment entered on January 5, 2018. See ECF Nos. 22-3. This court declined to issue a certificate of appealability pursuant to 28 U.S.C. § 2253. ECF No. 22. Thereafter petitioner filed a motion for certificate of appealability directed to the Ninth Circuit Court of Appeals. ECF No. 24.

For good cause shown, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. Forward petitioner's motion filed January 24, 2018, ECF No. 24, to the Ninth Circuit Court of Appeals; and

2. Designate on the instant docket that petitioner's motion, insofar as it may be construed as directed to this district court, is denied as moot.

SO ORDERED.

DATED: February 27, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE